PRIVATE PROCESS

Case Number: 2020-CI-22752



2020CI22752  S00001

**LETICIA SANCHEZ**
**VS.**
**BEXAR COUNTY SHERIFFS OFFICE A DEPARTMENT OF BEAR**
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
45th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   BEXAR COUNTY SHERIFFS OFFICE, A DIVISION OF BEXAR COUNTY
BY SERVING THE HONORABLE NELSON WOLFE



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION, a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 23rd day of November, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 11TH DAY OF DECEMBER A.D., 2020.

JASON J JAKOB
ATTORNEY FOR PLAINTIFF
901 NE LOOP 410 900
SAN ANTONIO, TX 78209-1310



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Leticia Leija*, Deputy

C. Watson 12-15-20

LETICIA SANCHEZ
VS
BEXAR COUNTY SHERIFFS OFFICE A DEPARTMENT OF BEAR

**Officer's Return**

Case Number: 2020-CI-22752
Court:  45th Judicial District Court

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT  SCANNED  AS  FILED