

# Case #2020CI22752

**Name**: LETICIA SANCHEZ

**Date Filed** : 11/23/2020

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 045

**Docket Type** : OTHER EMPLOYMENT

**Business Name** :

**Style** : LETICIA SANCHEZ

**Style (2)** : vs BEXAR COUNTY SHERIFFS OFFICE A DEPARTMENT OF BEAR

# Case History

*Currently viewing 1 through 2 of 00002 records*

| Sequence | Date Filed | Description |
|---|---|---|
| S00001 | 12/11/2020 | CITATION<br>BEXAR COUNTY SHERIFFS OFFICE<br>ISSUED: 12/11/2020 |
| P00001 | 11/23/2020 | PETITION |